# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENARO C. MARTINO, | ) |
| Petitioner, | ) 3:02-cv-00544-LRH-RAM |
| vs. | ) **ORDER** |
| MICHAEL BUDGE, *et al.*, | ) |
| Respondents. | ) |

Before the Court is respondents' motion to file a pleading in excess of thirty pages (docket #59) and petitioner's motion to fix time to file a reply to respondents' answer to the petition for writ of habeas corpus (docket #60). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion for leave to file a pleading in excess of thirty pages is granted.

**IT IS FURTHER ORDERED** that petitioner's motion is **GRANTED.** Petitioner shall have up to and including July 22, 2008, in which to file a reply to respondents' answer to the petition for writ of habeas corpus.

DATED this 18th day of June, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE