UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GENARO C. MARTINO, | ) | |
| Petitioner, | ) | 3:02-cv-00544-LRH-RAM |
| vs. | ) | **ORDER** |
| MICHAEL BUDGE, *et al.*, | ) | |
| Respondents. | ) | |

Before the Court is petitioner's unopposed motion for enlargement of time to file a reply to respondents' answer to the second amended petition for writ of habeas corpus (docket #62). Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. Petitioner shall have up to and including September 22, 2008, in which to file a reply to respondents' answer to the second amended petition for writ of habeas corpus.

DATED this 23rd day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE