# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENARO C. MARTINO, )<br>    Petitioner, )<br>vs. )<br>MICHAEL BUDGE, *et al.*, )<br>    Respondents. ) | 3:02-cv-00544-LRH-RAM<br><br>**ORDER** |

Before the Court is petitioner's second unopposed motion for enlargement of time to file a reply to respondents' answer to the second amended petition for writ of habeas corpus (docket #64). Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. Petitioner shall have up to and including October 14, 2008, in which to file a reply to respondents' answer to the second amended petition for writ of habeas corpus.

DATED this 6th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE